Case 17-22525-GLT    Doc 186    Filed 05/28/21    Entered 05/28/21 16:09:16    Desc Main
Document    Page 1 of 1

FILED
5/28/21 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JAMES F. & BERNADETTE PALMA
**Case Number:** 17-22525-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 27, 2021 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#179 - Amended Plan Dated 3-30-2021 (FC)
R / M #: 179 / 0

### Appearances:

**Debtor:** Burdelski
**Trustee:** Winnecour / Pail / Katz / DeSimone  Warmbrodt

**Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to $3,519, effective 6/21.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

5/17/2021  10:12:41AM