UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/12/21 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: **JAMES & BERNADETTE PALMA** ) | Case No. 17-22525-GLT |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _7/21/21@_10:00am |
| ) | |
| ) | Response Due 7/02/21 |
| No Respondent ) | Related Dkt. no. 188 |

## ORDER OF COURT

AND NOW, to wit, this __12th__ day of _July_____, 20_21_

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_1067.50_, which represents $1,000.00 in combined attorney's fees and administrative fees $_67.50____ in costs for the time period of 3/22/21___ to ___6/15/21.  Debtor's counsel has already been approved to be paid $12,737.38 to date (*i.e. $1,000.00 retainer and $3,000.00 through the plan and by Order dated 1/12/18 fees of $3,100.00 and costs of $72.88 and by Order dated 8/02/18 fees of $1,263.00 and costs of $49.50 and by Order dated 10/22/18 fees of $1,119.00 and costs of $58.50 and by Order dated 4/23/19 fees of $925.00 and costs of $58.50 and by Order dated 4/06/20 fees of $795.00 and costs of $58.50 and by Order dated 11/12/20 fees of $1170 and costs of $67.50*), and the balance of $1067.50 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan.  Thus, the grand total of all fees and costs approved thus far are:  $1,000.00 retainer + $3,000.00 through plan + $3,172.88 + $1,312.50 + $1,177.50 + $983.50 + $853.50 + $1,237.50 + $1,067.50 = $13,804.88.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

DATED: 7/12/21
DEFAULT ENTRY
cm: Debtor

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22525-GLT |
| James F. Palma | Chapter 13 |
| Bernadette Palma | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 1 of 2 |
| Date Rcvd: Jul 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Palma, Bernadette Palma, 401 Brierly Lane, Pittsburgh, PA 15236-4223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Stutzman | |
| | on behalf of Defendant Beneficial Consumer Discount Company astutzman@stradley.com |
| Celine P. DerKrikorian | |
| | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com   cnoroski@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com |
| Lauren Moyer | |
| | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@ecf.courtdrive.com |
| Lauren Moyer | |
| | on behalf of Creditor LSF10 Master Participation Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer |

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 2 of 2 |
| Date Rcvd: Jul 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

|  |  |
|---|---|
|  | ecfmail@ecf.courtdrive.com |
| Maria Miksich | |
|  | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |
| Michelle Badolato | |
|  | on behalf of Defendant Beneficial Consumer Discount Company mbadolato@stradley.com  bfecker@stradley.com |
| Office of the United States Trustee | |
|  | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
|  | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | |
|  | on behalf of Plaintiff Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | |
|  | on behalf of Plaintiff James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | |
|  | on behalf of Debtor James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | |
|  | on behalf of Joint Debtor Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| S. James Wallace | |
|  | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Sindi Mncina | |
|  | on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com |

TOTAL: 16