IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

James & Bernadette Palma,                    )         Case No. 17-22525-GLT
                                             )
        Debtor(s),                           )
---------------------------------------------)
                                             )         Chapter 13
                                             )         Filed under local Bankr.
                                             )         Rule 3012

## AFFIDAVIT IN SOURCE OF LUMP SUM PAYMENT

AND NOW, comes James & Bernadette Palma of 401 BRIERLY LANE Pittsburgh, PA 15236 who avers the following to this Honorable Court,

THAT, a lump sum payment of $19,052.00 was made on behalf of the debtors, James & Bernadette Palma to the trustee's lockbox from a hardship withdraw from the debtor-wife's retirement with NO REPAYMENT terms. This statement I/WE swear under penalty of perjury is a true and correct statement to the best of my knowledge, information and belief.

02/16/2022 DATE

_____
James Palma, Debtor

_____
Bernadette Palma, Joint-Debtor

Sworn and subscribe before me this 16 day of February 2022

_____
Notary Public

My commission expires 7/23/2023

Commonwealth of Pennsylvania - Notary Seal
Maureen Wuerthele, Notary Public
Allegheny County
My commission expires July 23, 2023
Commission number 1182636
Member, Pennsylvania Association of Notaries