FILED
2/25/22 4:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: James Palma** | ) | |
| **Bernadette Palma** | ) | **Case No.17-22525-GLT** |
| | ) | |
| | ) | **Chapter 13** |
| **Debtor(s).** | ) | |
| | X | Related Dkt. No. 204 |

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

☒      a motion to dismiss case or certificate of default requesting dismissal

☐      a plan modification sought by: _____

☐      a motion to lift stay
as to creditor _____

☐      Other: _____

    **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

    **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐      Debtor(s) Plan payments shall be changed from $_____ to $_____ per   month, effective _____; and/or the Plan term shall be changed from ___ months to _____

months.                                    .

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐    Debtor(s) shall file and serve _____ on or before _____.

☐    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒    Other:
➤ Trustee's Certificate of Default (at Doc 196) is treated as resolved by this Order.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

-3-

**SO ORDERED**, this _5th_ day of __February__, 202_2_

_____
United States Bankruptcy Judge


Stipulated by:                          Stipulated by:

/s/Russell A. Burdelski, Esquire__      /s/ Owen W. Katz
Counsel to Debtor                       Counsel to Chapter 13 Trustee



Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

-4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22525-GLT |
| James F. Palma | Chapter 13 |
| Bernadette Palma | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Palma, Bernadette Palma, 401 Brierly Lane, Pittsburgh, PA 15236-4223 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14658637 | | ALLEGHENY COUNTY, C/O TREASURER, RM 108 COURTHOUSE, Pittsburgh, PA 15219 |
| 14658641 | + | BENEFICIAL, PO BOX 1099, Langhorne, PA 19047-6099 |
| 14646916 | + | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658642 | | BORO OF PLEASENT HILLS, Attn: Fred Jug, c/o Lisa Burkhart, 1109 Grant Bldg, 310 Grant Street, Pittsburgh, PA 15219 |
| 14658646 | | CITIFINANCIAL, C/O CARE DEPT, Fort Mill, SC 29715 |
| 14658647 | + | CONCORD SERVICES CORP, 4150 DRINKWATER BLVD, STE 200, Scottsdale, AZ 85251-3643 |
| 15293220 | | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14658657 | + | JEFFERSON HILLS BOROUGH, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |
| 14711058 | + | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14658659 | + | NASCO ROOFING & CONSTRUCTION, 1900 MCCARTNEY ROAD, Youngstown, OH 44505-5033 |
| 14693685 | + | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14719936 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14658660 | + | WEST JEFFERSON HILLS SD, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2022 23:37:03 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 25 2022 23:29:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 25 2022 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14653786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 25 2022 23:37:07 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655084 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2022 23:29:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 14650692 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2022 23:29:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14646915 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

District/off: 0315-2                          User: auto                          Page 2 of 4

Date Rcvd: Feb 25, 2022                       Form ID: pdf900                      Total Noticed: 42

|  |  |  |  |
|---|---|---|---|
|  |  | Feb 25 2022 23:29:00 | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14661467 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Feb 25 2022 23:29:00 | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14658643 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 23:37:06 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14658644 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 25 2022 23:37:08 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, City of Industry, CA 91716-0511 |
| 14658645 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2022 23:37:06 | CAPITAL ONE BANK, PO BOX 85619, Richmond, VA 23285-5619 |
| 14658648 | Email/Text: ebnnotifications@creditacceptance.com | Feb 25 2022 23:29:00 | CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE RD, Southfield, MI 48034 |
| 14658650 | + Email/Text: Banko@frontlineas.com | Feb 25 2022 23:30:00 | CREDIT ONE BANK, C/O FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE, STE 250, Saint Paul, MN 55113-1783 |
| 14658649 | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2022 23:37:03 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 14658651 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2022 23:37:03 | CREDIT ONE BANK, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 14691900 | + Email/Text: ebnjts@grblaw.com | Feb 25 2022 23:29:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658652 | + Email/Text: bankruptcy@diamondresorts.com | Feb 25 2022 23:29:00 | Diamond Resorts International, 10600 W. Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14727781 | + Email/Text: kburkley@bernsteinlaw.com | Feb 25 2022 23:30:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14658653 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2022 23:30:00 | FINGERHUT, C/O MIDLAND CREDIT MANAGEMENT, PO BOX 60578, Los Angeles, CA 90060-0578 |
| 14658654 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 25 2022 23:29:00 | GM FINANCIAL, PO BOX 78143, Phoenix, AZ 85062-8143 |
| 14658655 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2022 23:29:00 | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14658656 | + Email/PDF: gecsedi@recoverycorp.com | Feb 25 2022 23:37:06 | JC PENNEY, C/O SYCHRONY BANK, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 14699482 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2022 23:37:08 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658658 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2022 23:37:03 | MERRICK BANK, PO BOX 660702, Dallas, TX 75266-0702 |
| 14699607 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 25 2022 23:37:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14702438 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2022 23:37:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14647867 | + Email/PDF: rmscedi@recoverycorp.com | Feb 25 2022 23:37:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 27

District/off: 0315-2            User: auto            Page 3 of 4

Date Rcvd: Feb 25, 2022            Form ID: pdf900            Total Noticed: 42

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BENEFICIAL CONSUMER DISCOUNT COMPANY |
| cr | | Duquesne Light Company |
| cr | | LSF10 Master Participation Trust, by Caliber Home |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | *+ | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658639 | *+ | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658638 | * | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14705339 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14658640 | ## | BENEFICIAL, PO BOX 1231, Brandon, FL 33509-1231 |

TOTAL: 4 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2022          Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Stutzman | on behalf of Defendant Beneficial Consumer Discount Company astutzman@stradley.com |
| Celine P. DerKrikorian | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Michelle Badolato | on behalf of Defendant Beneficial Consumer Discount Company mbadolato@stradley.com  bfecker@stradley.com |

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Russell A. Burdelski

on behalf of Debtor James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Joint Debtor Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Plaintiff Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Plaintiff James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina

on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com

TOTAL: 16