**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/03/2022

IN RE:

| | |
|---|---|
| JAMES F. PALMA<br>BERNADETTE PALMA<br>401 BRIERLY LANE<br>PITTSBURGH,  PA  15236<br>XXX-XX-4002          Debtor(s)<br><br>XXX-XX-9641 | Case No.17-22525 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/3/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2442 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAP 1 AUTO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MCCABE WEISBERG & CONWAY PC**<br>(FORMERLY CELINE P DERKRIKORIAN ESQ)<br>123 S BROAD ST STE 1400<br>PHILADELPHIA, PA  19109 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BENEFICIAL CDC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 7    INT %: 12.00%<br>Court Claim Number: 6-2<br>CLAIM:  88.84<br>COMMENT:  563H201;17*PIF/CONF*543@12%PL*W/33*PIF/CR~AMD CL =$0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: H201 |
| **BENEFICIAL FINANCE/CDC(*)++**<br>POB 4153-K<br>CAROL STREAM, IL  60197-4153 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT  84115 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*1324.36x(60+2)=LMT*FR BENEFICIAL-DOC 31*FR LSF10/CALIBER-DOC | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4347 |
| **BENEFICIAL MORTGAGE CORP* (RE)++**<br>ATTN REAL ESTATE PMT PROCESSNG<br>636 GRAND REGENCY BLVD<br>BRANDON, FL  33510 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CLOSE OFF/CONF*REMOVED/PL*2ND/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **PLEASANT HILLS BORO-R/E TAX**<br>C/O TAX COLLECTOR -CURR & DLNQ YRS<br>410 E BRUCETON RD*<br><br>PITTSBURGH, PA  15236 | Trustee Claim Number: 11  INT %: 10.00%<br>Court Claim Number:<br><br>CLAIM: 976.54<br>COMMENT: $@10%/PL*10-12/SCH*2016/PL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4438 |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 12  INT %: 5.00%<br>Court Claim Number: 5<br><br>CLAIM: 15,023.74<br>COMMENT: $CL-PL@5%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4527 |
| **DIAMOND RESORTS FINANCIAL SVCS INC**<br>10600 W CHARLESTON BLVD<br><br>LAS VEGAS, NV  89135 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SURR/PL*MORT AND MAINTENANCE AGRMNT/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9409 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number: 14  INT %: 5.00%<br>Court Claim Number: 1<br><br>CLAIM: 10,850.00<br>COMMENT: $CL-PL@5%/PL*DK*W/30 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8876 |
| **JEFFERSON HILLS BOROUGH (RE)**<br>C/O MCGRAIL & ASSOCIATES LLC - DLNQ CLLCT<br>1714 LINCOLN WAY<br><br>WHITE OAK, PA  15131 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 94.95<br>COMMENT: PIF/CONF*$@10%/PL*2016/PL*THIS ADR=PLEASANT HILLS(CK)*DK! | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2004 |
| **WEST JEFFERSON HILLS SD (PLEASANT HILLS**<br>C/O MCGRAIL & ASSOCIATES LLC-DLNQ CLLCT<br>1714 LINCOLN WAY<br><br>WHITE OAK, PA  15131 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: 563H201*PIF/CONF*24360@10%/PL*16/SCH-PL*NO BAL DUE/CR | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2044 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 4-2<br><br>CLAIM: 2,543.70<br>COMMENT: 4002/9641*$CL-PL@0%*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 4002 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 1,291.52<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9896 |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br><br>HOUSTON, TX  77210 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 14,757.73<br>COMMENT: REPO/SCH*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3453 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 11<br><br>CLAIM: 1,576.63<br>COMMENT: CAP ONE/RCS/ORCHARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7792 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE*)++**<br>POB 70923<br>CHARLOTTE, NC 28272-0923 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5953 |
| **CONCORD SERVICES**<br>4150 DRINKWATER BLVD STE 200<br>SCOTTSDALE, AZ 85251 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1071 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 1,506.34<br>COMMENT: CREDIT ONE/FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3066 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 1,557.56<br>COMMENT: CREDIT ONE/FNBM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3483 |
| **CREDIT ONE BANK**<br>POB 98873<br>LAS VEGAS, NV 89193 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9343 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2577 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 352.73<br>COMMENT: JCP/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2442 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 1,060.40<br>COMMENT: 5295/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4554 |
| **NASCO ROOFING AND CONSTRUCTION**<br>C/O GERALD LEPRE JR ASB<br>FREELANCE AND CONTRACT PARALEGAL<br>130 CLARA ST<br>PITTSBURGH, PA 15209 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AVD/DOE*NT ADR/SCH*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5207 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 1,616.90<br>COMMENT: NO GEN UNS/SCH*W/14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8876 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84115 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 40,336.14<br>COMMENT: $/CL-PL*FR BENEFICIAL-DOC 31*FR LSF10/CALIBER-DOC 158 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4347 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:4-2<br>CLAIM: 7,153.17<br>COMMENT: NO GEN UNS/SCH*AMD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4002 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:6-2<br>CLAIM: 0.00<br>COMMENT: 563H201;17*PIF/CONF*48.87/PL@0%*NON%*W/7*PIF/CR~AMD CL=$0 | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H201 |
| **NCB MANAGEMENT SERVICES INC***<br>POB 1099*<br>LANGHORNE, PA 19047 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 6,722.83<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6308 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 225.52<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9641 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 584.96<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4002 |
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84115 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,749.46<br>COMMENT: $/PL*NTC-POSTPET FEE/EXP*REF CL*W/31*FR LSF10/CALIBER-DOC 158 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4347 |
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84115 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 4,438.76<br>COMMENT: $/PL*NTC-POSTPET FEE/EXP-PL*SUPP REF CL*W/31*FR LSF10/CALIBER-DOC 158 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4347 |
| **GOLDMAN SACHS MORTGAGE CO**<br>C/O SELECT PORTFOLIO SVCNG INC*<br>PO BOX 65450<br>SALT LAKE CITY, UT 84115 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 3,488.11<br>COMMENT: $/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*W/31*FR LSF10/CALIBER-DOC 158 | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4347 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEGACY MORT/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| CLAIM RECORDS | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  4688 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-CONF*BGN 5/21 DISB*DKT | |