Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James F. Palma** <br> **Bernadette Palma** <br> *Debtor(s)* | : <br> : <br> : <br> : | Case No. 17−22525−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : <br> : | Related to Document No. 217 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 11/2/22 at 11:00 AM |

ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this *The 25th of August, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 217 by the Chapter 13 Trustee,

    It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

    (1)  ***On or before October 11, 2022***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on ***November 2, 2022 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James F. Palma  
Bernadette Palma  
    Debtors

Case No. 17-22525-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Aug 25, 2022     Form ID: 604     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Palma, Bernadette Palma, 401 Brierly Lane, Pittsburgh, PA 15236-4223 |
| 14658637 | | ALLEGHENY COUNTY, C/O TREASURER, RM 108 COURTHOUSE, Pittsburgh, PA 15219 |
| 14658641 | + | BENEFICIAL, PO BOX 1099, Langhorne, PA 19047-6099 |
| 14646916 | + | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658640 | | BENEFICIAL, PO BOX 1231, Brandon, FL 33509-1231 |
| 14658642 | | BORO OF PLEASENT HILLS, Attn: Fred Jug, c/o Lisa Burkhart, 1109 Grant Bldg, 310 Grant Street, Pittsburgh, PA 15219 |
| 14658646 | | CITIFINANCIAL, C/O CARE DEPT, Fort Mill, SC 29715 |
| 14658647 | + | CONCORD SERVICES CORP, 4150 DRINKWATER BLVD, STE 200, Scottsdale, AZ 85251-3643 |
| 14658657 | + | JEFFERSON HILLS BOROUGH, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |
| 14658659 | + | NASCO ROOFING & CONSTRUCTION, 1900 MCCARTNEY ROAD, Youngstown, OH 44505-5033 |
| 14658660 | + | WEST JEFFERSON HILLS SD, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:41 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2022 23:39:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14653786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:51 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655084 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 14650692 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14646915 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 25 2022 23:38:00 | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14661467 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

Case 17-22525-GLT   Doc 220   Filed 08/27/22   Entered 08/28/22 00:28:15   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 604 | Total Noticed: 43 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 25 2022 23:38:00 | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14658643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:50 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14658644 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2022 23:43:42 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, City of Industry, CA 91716-0511 |
| 14658645 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:50 | CAPITAL ONE BANK, PO BOX 85619, Richmond, VA 23285-5619 |
| 14658648 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 25 2022 23:38:00 | CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE RD, Southfield, MI 48034 |
| 14658650 | + | Email/Text: Banko@frontlineas.com | Aug 25 2022 23:39:00 | CREDIT ONE BANK, C/O FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE, STE 250, Saint Paul, MN 55113-1783 |
| 14658649 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:28 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 14658651 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:28 | CREDIT ONE BANK, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 14691900 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658652 | + | Email/Text: bankruptcy@diamondresorts.com | Aug 25 2022 23:38:00 | Diamond Resorts International, 10600 W. Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14727781 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14658653 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | FINGERHUT, C/O MIDLAND CREDIT MANAGEMENT, PO BOX 60578, Los Angeles, CA 90060-0578 |
| 14658654 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | GM FINANCIAL, PO BOX 78143, Phoenix, AZ 85062-8143 |
| 15293220 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2022 23:39:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14658655 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2022 23:38:00 | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14658656 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:40 | JC PENNEY, C/O SYCHRONY BANK, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 14711058 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 25 2022 23:39:00 | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14699482 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:44 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 23:43:27 | MERRICK BANK, PO BOX 660702, Dallas, TX 75266-0702 |
| 14699607 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 23:43:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693685 | ^ | MEBN | Aug 25 2022 23:37:03 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14702438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 604 | Total Noticed: 43 |

| 14647867 | + Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14719936 | ^ MEBN | Aug 25 2022 23:38:08 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BENEFICIAL CONSUMER DISCOUNT COMPANY |
| cr | | Duquesne Light Company |
| cr | | LSF10 Master Participation Trust, by Caliber Home |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | *+ | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658639 | *+ | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658638 | * | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14705339 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022            Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew K. Stutzman | on behalf of Defendant Beneficial Consumer Discount Company astutzman@stradley.com |
| Celine P. DerKrikorian | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 25, 2022 | Form ID: 604 | Total Noticed: 43 |

Marisa Myers Cohen
    on behalf of Creditor LSF10 Master Participation Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Michelle Badolato
    on behalf of Defendant Beneficial Consumer Discount Company mbadolato@stradley.com  bfecker@stradley.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
    on behalf of Debtor James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Joint Debtor Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Plaintiff Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

Russell A. Burdelski
    on behalf of Plaintiff James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com

TOTAL: 16