**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAMES F. PALMA
BERNADETTE PALMA
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:17-22525

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/21/2017 and confirmed on 8/21/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 190,616.27 |
| Less Refunds to Debtor | 751.66 | |
| TOTAL AMOUNT OF PLAN FUND | | 189,864.61 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 12,804.88 | |
| Trustee Fee | 8,489.50 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 21,294.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GOLDMAN SACHS MORTGAGE CO  Acct: 4347 | 0.00 | 82,110.32 | 0.00 | 82,110.32 |
| BENEFICIAL MORTGAGE CORP* (RE)++  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GOLDMAN SACHS MORTGAGE CO  Acct: 4347 | 40,336.14 | 40,336.14 | 0.00 | 40,336.14 |
| COUNTY OF ALLEGHENY (RE TAX)*  Acct: H201 | 88.84 | 88.84 | 89.98 | 178.82 |
| PLEASANT HILLS BORO-R/E TAX  Acct: 4438 | 976.54 | 976.54 | 283.77 | 1,260.31 |
| DIAMOND RESORTS FINANCIAL SVCS INC  Acct: 9409 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS BOROUGH (RE)  Acct: 2004 | 94.95 | 94.95 | 25.92 | 120.87 |
| WEST JEFFERSON HILLS SD (PLEASANT  Acct: 2044 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*  Acct: H201 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP*  Acct: 4527 | 15,023.74 | 15,023.74 | 1,982.77 | 17,006.51 |
| AMERICREDIT FINANCIAL SVCS INC DBA  Acct: 8876 | 10,850.00 | 10,850.00 | 1,398.54 | 12,248.54 |
| | | | | 153,261.51 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES F. PALMA  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES F. PALMA  Acct: | 751.66 | 751.66 | 0.00 | 0.00 |
| LAW OFFICES OF RUSSELL A BURDELSKI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RUSSELL A BURDELSKI ESQ*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,172.88 | 3,172.88 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-17 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,312.50 | 1,312.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-18 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,177.50 | 1,177.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX9-18 | | | | |
| RUSSELL A BURDELSKI ESQ* | 983.50 | 983.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX9-19 | | | | |
| RUSSELL A BURDELSKI ESQ* | 853.50 | 853.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1-20 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,237.50 | 1,237.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX8-20 | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,067.50 | 1,067.50 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX5-21 | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,543.70 | 2,543.70 | 0.00 | 2,543.70 |
| Acct: 4002 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,344.00 | 0.00 | 1,344.00 |
| Acct: 4688 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 2,749.46 | 2,749.46 | 0.00 | 2,749.46 |
| Acct: 4347 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 4,438.76 | 4,438.76 | 0.00 | 4,438.76 |
| Acct: 4347 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 3,488.11 | 3,488.11 | 0.00 | 3,488.11 |
| Acct: 4347 | | | | |
| | | | | 14,564.03 |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,291.52 | 25.04 | 0.00 | 25.04 |
| Acct: 9896 | | | | |
| CAPITAL ONE AUTO FINANCE - DIV CAPIT | 14,757.73 | 286.15 | 0.00 | 286.15 |
| Acct: 3453 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,576.63 | 30.57 | 0.00 | 30.57 |
| Acct: 7792 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5953 | | | | |
| CONCORD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1071 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,506.34 | 29.21 | 0.00 | 29.21 |
| Acct: 3066 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,557.56 | 30.20 | 0.00 | 30.20 |
| Acct: 3483 | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9343 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2577 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 352.73 | 6.84 | 0.00 | 6.84 |
| Acct: 2442 | | | | |
| MERRICK BANK | 1,060.40 | 20.56 | 0.00 | 20.56 |
| Acct: 4554 | | | | |
| NASCO ROOFING AND CONSTRUCTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5207 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 1,616.90 | 31.35 | 0.00 | 31.35 |
| Acct: 8876 | | | | |
| INTERNAL REVENUE SERVICE* | 7,153.17 | 138.70 | 0.00 | 138.70 |
| Acct: 4002 | | | | |
| NCB MANAGEMENT SERVICES INC* | 6,722.83 | 130.36 | 0.00 | 130.36 |

17-22525 Page 3 of 3

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6308 | | | | |
| UPMC HEALTH SERVICES | 225.52 | 4.37 | 0.00 | 4.37 |
| Acct: 9641 | | | | |
| DUQUESNE LIGHT COMPANY* | 584.96 | 11.34 | 0.00 | 11.34 |
| Acct: 4002 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2442 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 744.69 |

TOTAL PAID TO CREDITORS 168,570.23

TOTAL CLAIMED
PRIORITY     13,220.03
SECURED      67,370.21
UNSECURED    38,406.29

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JAMES F. PALMA
BERNADETTE PALMA
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-22525

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James F. Palma  
Bernadette Palma  
    Debtors

Case No. 17-22525-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Aug 25, 2022      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Palma, Bernadette Palma, 401 Brierly Lane, Pittsburgh, PA 15236-4223 |
| 14658637 | | ALLEGHENY COUNTY, C/O TREASURER, RM 108 COURTHOUSE, Pittsburgh, PA 15219 |
| 14658641 | + | BENEFICIAL, PO BOX 1099, Langhorne, PA 19047-6099 |
| 14646916 | + | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658640 | | BENEFICIAL, PO BOX 1231, Brandon, FL 33509-1231 |
| 14658642 | | BORO OF PLEASENT HILLS, Attn: Fred Jug, c/o Lisa Burkhart, 1109 Grant Bldg, 310 Grant Street, Pittsburgh, PA 15219 |
| 14658646 | | CITIFINANCIAL, C/O CARE DEPT, Fort Mill, SC 29715 |
| 14658647 | + | CONCORD SERVICES CORP, 4150 DRINKWATER BLVD, STE 200, Scottsdale, AZ 85251-3643 |
| 14658657 | + | JEFFERSON HILLS BOROUGH, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |
| 14658659 | + | NASCO ROOFING & CONSTRUCTION, 1900 MCCARTNEY ROAD, Youngstown, OH 44505-5033 |
| 14658660 | + | WEST JEFFERSON HILLS SD, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:41 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2022 23:39:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14653786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 25 2022 23:43:51 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655084 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 14650692 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14646915 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Aug 25 2022 23:38:00 | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14661467 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2022 23:38:00 | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14658643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:20 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14658644 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 25 2022 23:43:43 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, City of Industry, CA 91716-0511 |
| 14658645 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:20 | CAPITAL ONE BANK, PO BOX 85619, Richmond, VA 23285-5619 |
| 14658648 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 25 2022 23:38:00 | CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE RD, Southfield, MI 48034 |
| 14658650 | + | Email/Text: Banko@frontlineas.com | Aug 25 2022 23:39:00 | CREDIT ONE BANK, C/O FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE, STE 250, Saint Paul, MN 55113-1783 |
| 14658649 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:31 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 14658651 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:52 | CREDIT ONE BANK, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 14691900 | + | Email/Text: ebnjts@grblaw.com | Aug 25 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658652 | + | Email/Text: bankruptcy@diamondresorts.com | Aug 25 2022 23:38:00 | Diamond Resorts International, 10600 W. Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14727781 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14658653 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | FINGERHUT, C/O MIDLAND CREDIT MANAGEMENT, PO BOX 60578, Los Angeles, CA 90060-0578 |
| 14658654 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:38:00 | GM FINANCIAL, PO BOX 78143, Phoenix, AZ 85062-8143 |
| 15293220 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 25 2022 23:39:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14658655 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 25 2022 23:38:00 | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14658656 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:41 | JC PENNEY, C/O SYCHRONY BANK, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 14711058 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 25 2022 23:39:00 | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14699482 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:45 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 23:43:25 | MERRICK BANK, PO BOX 660702, Dallas, TX 75266-0702 |
| 14699607 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 23:43:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693685 | | ^ MEBN | Aug 25 2022 23:37:05 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14702438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| 14647867 | + | Email/PDF: rmscedi@recoverycorp.com | | |
|---|---|---|---|---|
| | | | Aug 25 2022 23:43:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719936 | ^ | MEBN | | |
| | | | Aug 25 2022 23:38:02 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BENEFICIAL CONSUMER DISCOUNT COMPANY |
| cr | | Duquesne Light Company |
| cr | | LSF10 Master Participation Trust, by Caliber Home |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | *+ | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658639 | *+ | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658638 | * | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14705339 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 4 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Stutzman | on behalf of Defendant Beneficial Consumer Discount Company astutzman@stradley.com |
| Celine P. DerKrikorian | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |
| Marisa Myers Cohen | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |

District/off: 0315-2     User: auto     Page 4 of 4
Date Rcvd: Aug 25, 2022     Form ID: pdf900     Total Noticed: 43

Marisa Myers Cohen
on behalf of Creditor LSF10 Master Participation Trust by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Michelle Badolato
on behalf of Defendant Beneficial Consumer Discount Company mbadolato@stradley.com bfecker@stradley.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Russell A. Burdelski
on behalf of Debtor James F. Palma Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
on behalf of Joint Debtor Bernadette Palma Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
on behalf of Plaintiff Bernadette Palma Russ@BurdelskiLaw.com russ.burdelski@gmail.com

Russell A. Burdelski
on behalf of Plaintiff James F. Palma Russ@BurdelskiLaw.com russ.burdelski@gmail.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Sindi Mncina
on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com

TOTAL: 16