IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/13/22 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES F. PALMA
BERNADETTE PALMA
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22525

Chapter 13

Related to Dkt. No. 217

ORDER OF COURT

AND NOW, this 13th day of October 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO  jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

Case 17-22525-GLT   Doc 226   Filed 10/15/22   Entered 10/16/22 00:27:49   Desc
Imaged Certificate of Notice   Page 2 of 5

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James F. Palma  
Bernadette Palma  
    Debtors

Case No. 17-22525-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Oct 13, 2022     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James F. Palma, Bernadette Palma, 401 Brierly Lane, Pittsburgh, PA 15236-4223 |
| 14658637 | | ALLEGHENY COUNTY, C/O TREASURER, RM 108 COURTHOUSE, Pittsburgh, PA 15219 |
| 14658641 | + | BENEFICIAL, PO BOX 1099, Langhorne, PA 19047-6099 |
| 14646916 | + | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658640 | | BENEFICIAL, PO BOX 1231, Brandon, FL 33509-1231 |
| 14658642 | | BORO OF PLEASENT HILLS, Attn: Fred Jug, c/o Lisa Burkhart, 1109 Grant Bldg, 310 Grant Street, Pittsburgh, PA 15219 |
| 14658646 | | CITIFINANCIAL, C/O CARE DEPT, Fort Mill, SC 29715 |
| 14658647 | + | CONCORD SERVICES CORP, 4150 DRINKWATER BLVD, STE 200, Scottsdale, AZ 85251-3643 |
| 14658657 | + | JEFFERSON HILLS BOROUGH, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |
| 14658659 | + | NASCO ROOFING & CONSTRUCTION, 1900 MCCARTNEY ROAD, Youngstown, OH 44505-5033 |
| 14658660 | + | WEST JEFFERSON HILLS SD, c/o Tax Collector, PO Box 10931, Pittsburgh, PA 15236-0931 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 14 2022 00:15:34 | Capital One Auto Finance, a division of Capital On, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016, UNITED STATES 75016-5028 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 14 2022 00:07:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 14 2022 00:07:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2022 00:08:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14653786 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 14 2022 00:15:48 | AIS Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14655084 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 00:07:00 | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| 14650692 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 00:07:00 | Americredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14646915 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 14 2022 00:07:00 | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14661467 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |

Case 17-22525-GLT   Doc 226   Filed 10/15/22   Entered 10/16/22 00:27:49   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 14 2022 00:07:00 | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 14658643 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 00:15:41 | CAPITAL ONE, PO BOX 71083, Charlotte, NC 28272-1083 |
| 14658644 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 14 2022 00:15:48 | CAPITAL ONE AUTO FINANCE, PO BOX 60511, City of Industry, CA 91716-0511 |
| 14658645 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2022 00:15:47 | CAPITAL ONE BANK, PO BOX 85619, Richmond, VA 23285-5619 |
| 14658648 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 14 2022 00:07:00 | CREDIT ACCEPTANCE CORPORATION, 25505 WEST TWELVE MILE RD, Southfield, MI 48034 |
| 14658650 | + | Email/Text: Banko@frontlineas.com | Oct 14 2022 00:08:00 | CREDIT ONE BANK, C/O FRONTLINE ASSET STRATEGIES, 2700 SNELLING AVE, STE 250, Saint Paul, MN 55113-1783 |
| 14658649 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2022 00:15:36 | CREDIT ONE BANK, PO BOX 60500, City Of Industry, CA 91716-0500 |
| 14658651 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2022 00:15:35 | CREDIT ONE BANK, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 14691900 | + | Email/Text: ebnjts@grblaw.com | Oct 14 2022 00:07:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14658652 | + | Email/Text: bankruptcy@diamondresorts.com | Oct 14 2022 00:07:00 | Diamond Resorts International, 10600 W. Charleston Blvd, Las Vegas, NV 89135-1260 |
| 14727781 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 14 2022 00:07:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14658653 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2022 00:07:00 | FINGERHUT, C/O MIDLAND CREDIT MANAGEMENT, PO BOX 60578, Los Angeles, CA 90060-0578 |
| 14658654 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2022 00:07:00 | GM FINANCIAL, PO BOX 78143, Phoenix, AZ 85062-8143 |
| 15293220 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 14 2022 00:08:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14658655 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 14 2022 00:07:00 | IRS, SPECIAL PROCEDURES BRANCH, 1000 Liberty Ave, Room 727, Pittsburgh, PA 15222-4107 |
| 14658656 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 14 2022 00:15:41 | JC PENNEY, C/O SYCHRONY BANK, PO BOX 960090, ORLANDO, FL 32896-0090 |
| 14711058 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Oct 14 2022 00:08:00 | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14699482 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2022 00:15:43 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14658658 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2022 00:15:34 | MERRICK BANK, PO BOX 660702, Dallas, TX 75266-0702 |
| 14699607 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 14 2022 00:15:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14693685 | ^ | MEBN | Oct 14 2022 00:04:42 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14702438 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 14 2022 00:15:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 17-22525-GLT   Doc 226   Filed 10/15/22   Entered 10/16/22 00:27:49   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| 14647867 | + Email/PDF: rmscedi@recoverycorp.com | Oct 14 2022 00:15:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14719936 | ^ MEBN | Oct 14 2022 00:05:54 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BENEFICIAL CONSUMER DISCOUNT COMPANY |
| cr | | Duquesne Light Company |
| cr | | Goldman Sachs Mortgage Company |
| cr | | LSF10 Master Participation Trust, by Caliber Home |
| cr | | Legacy Mortgage Asset Trust 2020-GS5 |
| cr | *+ | AmeriCredit Financial Services, Inc., dba GM Finan, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658639 | *+ | BENEFICIAL, C/O MACABE WEISBERG & CONWAY, STE 1400, 123 SOUTH BROAD STREET, Philadelphia, PA 19109-1060 |
| 14658638 | * | BENEFICIAL, PO BOX 4153K, Carol Stream, IL 60197-4153 |
| 14705339 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 5 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew K. Stutzman | on behalf of Defendant Beneficial Consumer Discount Company astutzman@stradley.com |
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@mwc-law.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS5 mmiksich@kmllawgroup.com |

Case 17-22525-GLT    Doc 226    Filed 10/15/22    Entered 10/16/22 00:27:49    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| | |
|---|---|
| Marisa Myers Cohen | on behalf of Creditor BENEFICIAL CONSUMER DISCOUNT COMPANY ecfmail@ecf.courtdrive.com mcohen@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LSF10 Master Participation Trust  by Caliber Home Loans, Inc., solely in its capacity as servicer ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Michelle Badolato | on behalf of Defendant Beneficial Consumer Discount Company mbadolato@stradley.com  bfecker@stradley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Russell A. Burdelski | on behalf of Debtor James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Joint Debtor Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff Bernadette Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| Russell A. Burdelski | on behalf of Plaintiff James F. Palma Russ@BurdelskiLaw.com  russ.burdelski@gmail.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor LSF10 Master Participation Trust smncina@rascrane.com |

TOTAL: 17